**COMP**
Eagle Rock Contracting LLC
522 S. Cortez Road
Apache Junction, AZ  85119
602-363-8188
Raymon E. Carson and
Vicci Carson

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 5 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

## DISTRICT COURT

## CLARK COUNTY, NEVADA

Eagle Rock Contracting LLC,
Arizona Limited liability co

Plaintiff(s),

-vs-

National Security Technologies, LLC,

Defendant(s).

2:14-cv-01278-GMN-NJK

## Jurisdiction

The work under contract DE-AC52-06NA25946, subcontract  123552 was performed in
Southern Nevada.

## Complaint

Breach of contract

## Demand

$1,147,656.44

Dated:  July 24, 2014

Raymon E. Carson
Managing Member
Eagle Rock Contracting LLC
522 S. Cortez Road
Apache Junction, AZ 85119