1

2

3

4

5

6                               UNITED STATES DISTRICT COURT

7                                      DISTRICT OF NEVADA

8                                               * * *

9    EAGLE ROCK CONTRACTING LLC,              )
                                              )        Case No. 2:14-cv-01278-GMN-NJK
10                      Plaintiff(s),         )
     vs.                                      )        ORDER REQUIRING PLAINTIFF
11                                            )        TO OBTAIN COUNSEL
     NATIONAL SECURITY TECHNOLOGIES, LLC,  )
12                                            )
                        Defendants.           )
13   _____)

14          Plaintiff in this case is Eagle Rock Contracting LLC.  Plaintiff purports to be proceeding *pro*

15   *se*.  *See, e.g.*, Docket No. 1-1.  Corporations may not proceed *pro se* and, instead, can appear in

16   federal court only through licensed counsel.  *See, e.g., United States v. High Country Broad. Co.,*

17   *Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  When a plaintiff corporation is unwilling or unable to obtain

18   counsel, it is proper for this Court to dismiss its claims.  *See, e.g.*, *Local Ad Link, Inc. v. Adzzoo,*

19   *LLC*, 2012 WL 1344896, *2 (D. Nev. Apr. 18, 2012) (Navarro, C.J.) (citing *Employee Painters'*

20   *Trust v. Ethan Enterps., Inc.*, 480 F.3d 993, 998 (9th Cir. 2007)).

21          Accordingly, Plaintiff is hereby ORDERED to obtain licensed counsel and that counsel shall

22   file a notice of appearance on Plaintiff's behalf no later than August 20, 2014.  **In the event Plaintiff**

23   **fails to comply, the undersigned will recommend that this case be dismissed.**

24          IT IS SO ORDERED.

25          DATED: August 6, 2014

26                                                   _____

27                                                   NANCY J. KOPPE
                                                     United States Magistrate Judge

28