UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EAGLE ROCK CONTRACTING LLC,

                Plaintiff(s),

vs.

NATIONAL SECURITY TECHNOLOGIES, LLC,

                Defendants.

Case No. 2:14-cv-01278-GMN-NJK

ORDER REQUIRING PLAINTIFF TO OBTAIN COUNSEL

Plaintiff in this case is Eagle Rock Contracting LLC. Plaintiff purports to be proceeding *pro se*. *See, e.g.*, Docket No. 1-1. Corporations may not proceed *pro se* and, instead, can appear in federal court only through licensed counsel. *See, e.g., United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). When a plaintiff corporation is unwilling or unable to obtain counsel, it is proper for this Court to dismiss its claims. *See, e.g., Local Ad Link, Inc. v. Adzzoo, LLC*, 2012 WL 1344896, \*2 (D. Nev. Apr. 18, 2012) (Navarro, C.J.) (citing *Employee Painters' Trust v. Ethan Enterps., Inc.*, 480 F.3d 993, 998 (9th Cir. 2007)).

Accordingly, Plaintiff is hereby ORDERED to obtain licensed counsel and that counsel shall file a notice of appearance on Plaintiff's behalf no later than August 20, 2014. **In the event Plaintiff fails to comply, the undersigned will recommend that this case be dismissed.**

IT IS SO ORDERED.

DATED: August 6, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge