UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING LLC, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> NATIONAL SECURITY TECHNOLOGIES, LLC, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01278-GMN-NJK <br><br> ORDER |

      This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 24. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 24 at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//
//
//
//
//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorneys Michael Gebhart, Sandra Wick Mulvany, and Kenneth Lund to file a certification with the Court no later than November 17, 2014, indicating that they have read and comprehends Local Rules 26-4 and 26-1.  Counsel are advised that similar violations in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: November 10, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge