UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-01278-GMN-NJK<br><br>ORDER<br><br>(Docket No. 42) |

Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 42. Defendant filed a response in partial opposition and Plaintiff filed a reply. Docket Nos. 44, 45. For good cause shown, the Court hereby GRANTS the motion in part. The Court extends the deadlines in the scheduling order as follows:

- Discovery cutoff: July 27, 2015
- Dispositive motion deadline: August 27, 2015
- Joint proposed pretrial order: September 25, 2015

IT IS SO ORDERED.

DATED: April 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge