UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, )<br>            Plaintiff(s),                      )<br>                                                         )<br>vs.                                                    )<br>                                                         )<br>NATIONAL SECURITY TECHNOLOGIES, LLC, )<br>                                                         )<br>            Defendant(s).                   )<br>_____ ) | Case No. 2:14-cv-01278-GMN-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 48) |

Pending before the Court is an emergency motion to withdraw as counsel for Plaintiff. Docket No. 48. Any response shall be filed no later than noon on June 29, 2015. The Court hereby **SETS** a hearing on the motion for July 1, 2015, at 2:00 p.m. in Courtroom 3A. A representative of corporate Plaintiff, as well as its current counsel of record, shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than noon on June 25, 2015, Plaintiff's current counsel of record shall serve it with this order and shall file a proof of service. Lastly, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: June 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge