UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, <br> Plaintiff(s), <br> vs. <br> NATIONAL SECURITY TECHNOLOGIES, LLC, <br> Defendant(s). | Case No. 2:14-cv-01278-GMN-NJK <br><br> ORDER DENYING MOTION TO COMPEL <br><br> (Docket No. 50) |

In light of the Court granting Plaintiff's counsel's motion to withdraw, the Court hereby **DENIES** without prejudice Defendant's motion to compel. Docket No. 50. Once Plaintiff retains new counsel, Defendant shall meet-and-confer with that new counsel regarding the discovery dispute. In the event that court intervention remains necessary following that meet-and-confer, Defendant may file a new motion to compel at that time.

IT IS SO ORDERED.

DATED: July 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge