# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> NATIONAL SECURITY TECHNOLOGIES, LLC, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01278-GMN-NJK <br><br> ORDER GRANTING MOTION FOR EXTENSION <br><br> (Docket No. 56) |

Pending before the Court is Plaintiff's motion to extend the deadline to obtain counsel, currently set for July 31, 2015. Docket No. 56. The motion is hereby **GRANTED**. Plaintiff shall have until August 24, 2015, to retain counsel and have new counsel file a notice of appearance. **NO FURTHER EXTENSIONS WILL BE GRANTED**. The failure to comply with this order may result in dismissal of Plaintiff's case.

In light of this order, the Court hereby **VACATES** the deadlines in the scheduling order. Within 14 days of the appearance of Plaintiff's counsel, the parties shall file a joint discovery plan providing new proposed deadlines.

IT IS SO ORDERED.

DATED: August 5, 2015

NANCY J. KOPPE
United States Magistrate Judge