# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, )<br>            Plaintiff(s), )<br>vs. )<br>NATIONAL SECURITY TECHNOLOGIES, LLC, )<br>            Defendant(s). )<br>_____ ) | Case No. 2:14-cv-01278-GMN-NJK<br><br>ORDER |

Pending before the Court is the notice of appearance by Timothy Thomas on behalf of Plaintiff. Docket No. 59. The parties are hereby ordered to file, no later than September 4, 2015, a joint discovery plan providing new proposed deadlines.

IT IS SO ORDERED.

DATED:   August 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge