UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, ) | Case No. 2:14-cv-01278-GMN-NJK |
| ) | |
| Plaintiff(s), ) | ORDER |
| ) | |
| vs. ) | (Docket No. 83) |
| ) | |
| NATIONAL SECURITY TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion to seal, which seeks permission to file on the public docket only a redacted version of attorney billing records. Docket No. 83; *see also* Docket No. 82-15 (redacted version of exhibit). "Generally, parties file unredacted versions of their documents under seal pending resolution of the concurrently-filed motion to seal, and redacted versions on the public docket." *Crusher Designs, LLC v. Atlas Copco Powercrusher, GmbH*, 2015 WL 5116842, *2 (D. Nev. Aug. 31, 2015). It does not appear that an unredacted version of the exhibit has been filed under seal in this instance. Accordingly, Defendant is hereby **ORDERED** to file under seal, no later than February 2, 2016, an unredacted version of the document at issue.

IT IS SO ORDERED.

DATED: January 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge