SANDRA B. WICK MULVANY
Colorado State Bar No. 31972
(*Pro Hac Vice*)
Sandra.wickmulvany@dentons.com
**DENTONS US LLP**
1400 Wewatta Street, Suite 700
Denver, Colorado 80202
Tel:     (303) 634-4000
Fax:    (303) 634-4400

ALEXANDRA B. M<sup>C</sup>LEOD, ESQ.
Nevada State Bar No. 8185
abm@thorndal.com
**THORNDAL, ARMSTRONG, DELK,**
  **BALKENBUSH & EISINGER**
1100 East Bridger Avenue
Las Vegas, Nevada  89101-5315
  Mail to:
  P.O. Box 2070
  Las Vegas, Nevada  89125-2070
Tel:     (702) 366-0622
Fax:    (702) 366-0327

*Attorneys for Defendant NATIONAL SECURITY TECHNOLOGIES, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, | CASE NO.  2:14-CV-01278-GMN-NJK |
| Plaintiff, | |
| vs. | |
| NATIONAL SECURITY TECHNOLOGIES, LLC, BOE BONDING COMPANIES I through V, and GOV ENTITIES VI through X | **MOTION FOR REMOVAL OF ATTORNEY OF RECORD FROM CM/ECF E-SERVICE LIST** |
| Defendants. | |

COMES NOW Defendant, NATIONAL SECURITY TECHNOLOGIES, LLC (hereinafter "NST"), by and through its counsel of record, ALEXANDRA B. M<sup>C</sup>LEOD, ESQ., of the law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and hereby files this Motion to Remove Attorney of Record from the CM/ECF E-Service List.

In support of this motion Defendant states:

1. This action was filed on 07/25/14;

2. That Kenneth R. Lund, Esq. left the law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER on or about June 6, 2015; and

3. That Kenneth R. Lund, Esq. continues to receive service of e-filed documents to his former e-mail address, krl@thorndal.com, but is no longer associated with this law firm or this case.

Defendant requests that the Court grant this Motion and enter an Order directing the Clerk of the Court to remove Kenneth R. Lund, Esq. from the Court's CM/ECF service list.

RESPECTFULLY SUBMITTED this 5th day of February, 2016.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

_____
ALEXANDRA B. MCLEOD, ESQ.
Nevada State Bar No. 8185
1100 East Bridger Avenue, P.O. Box 2070
Las Vegas, Nevada  89125-2070
Attorneys for Defendant
NATIONAL SECURITY TECHNOLOGIES, LLC

IT IS SO ORDERED.
Dated:  February 8, 2016

_____
United States Magistrate Judge

