1  SANDRA B. WICK MULVANY (CO SBN 31972)
   (*Pro Hac Vice*)
2  Email: sandra.wickmulvany@dentons.com
   DENTONS US LLP
3  1400 Wewatta Street, Suite 700
   Denver, CO 80202
4  Telephone: (303) 634-4000
   Facsimile: (303) 634-4400
5
   ALEXANDRA B. MCLEOD (SBN 8185)
6  Email: abm@thorndal.com
   THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
7  1100 E. Bridger Avenue
   Las Vegas, NV 89101
8  Telephone: (702) 366-0622
   Facsimile: (702) 366-0327
9  Attorneys for Defendant
   National Security Technologies, LLC
10
                    **UNITED STATES DISTRICT COURT**
11
                         **DISTRICT OF NEVADA**
12

| EAGLE ROCK CONTRACTING, LLC, | Case No. 2:14-CV-01278-GMN (NJK) |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF DEFENDANT NATIONAL SECURITY TECHNOLOGIES, LLC'S EQUITABLE INDEMNITY COUNTERCLAIM** |
| v. | |
| NATIONAL SECURITY TECHNOLOGIES, LLC, | |
| Defendant. | |

   Defendant, National Security Technologies, LLC ("NSTec"), and Plaintiff, Eagle Rock
Contracting, LLC ("ERC"), pursuant to Federal Rules of Civil Procedure 41(c) and 41(a)(1)(A)(ii)
hereby stipulate that the only remaining claim in this case, specifically NSTec's equitable
indemnity counterclaim pled as its third counterclaim in its Answer to Second Amended

Complaint and Counterclaims dated March 27, 2015 (ECF No. 41), be dismissed.  Each party is to bear its own costs and attorneys' fees.

Dated February 23, 2017

                                          Respectfully submitted,

                                          DENTONS US LLP

                                          By: */s/ Sandra B. Wick Mulvany*
                                                Sandra B. Wick Mulvany
                                                Counsel for National Security Technologies, LLC

                                          LAW OFFICE OF TIMOTHY P. THOMAS

                                          By: */s/ Timothy P. Thomas*
                                                Timothy P. Thomas
                                                Counsel for Eagle Rock Contracting, LLC

**ORDER**

IT IS SO ORDERED.  The Clerk of Court shall close the case.

Dated this 24 day of February, 2017.

                                                _____
                                                Gloria M. Navarro, Chief Judge
                                                UNITED STATES DISTRICT COURT