**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EAGLE ROCK CONTRACTING, LLC, | )<br>) |
| Plaintiff, | ) Case No.: 2:14-cv-01278-GMN-NJK |
| vs. | )<br>) |
| NATIONAL SECURITY TECHNOLOGIES, LLC, | ) **ORDER**<br>)<br>)<br>) |
| Defendant. | )<br>) |

Pending before the Court is the Motion for Entry of Judgment, (ECF No. 112), filed by Defendant National Security Technologies, LLC ("Defendant"). Plaintiff Eagle Rock Contracting, LLC ("Plaintiff") did not file a response.

Plaintiff's Second Amended Complaint ("SAC"), (ECF No. 40), was filed on March 13, 2015, and Defendant filed its Motion for Summary Judgment on the SAC, (ECF No. 101), with counterclaims on June 10, 2016.

On January 25, 2017, the Court issued its Order granting summary judgment to Defendant on Plaintiff's two counts asserted in the SAC. (*See* Order, ECF no. 108). Additionally, the Court held that three of Defendant's counterclaims were moot and denied summary judgment on the fourth counterclaim. (*See id.*).

On February 23, 2017, the parties filed a joint stipulation for dismissal of Defendant's remaining counterclaim. (ECF No. 110). On February 24, 2017, the Court entered the parties' joint stipulation for dismissal and ordered the Clerk of Court to close the case. (ECF No. 111).

As such, there are no remaining claims in this case. Judgment is therefore entered in favor of Defendant and against Plaintiff on the SAC.

I. **CONCLUSION**

**IT IS HEREBY ORDERED** that Defendant's Motion for Entry of Judgment, (ECF No. 112), is **GRANTED**. Judgment is entered in favor of Defendant.

**DATED** this __5__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge